TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Summer.Johnson@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Alexis Ivan Venegas Banuelos,<br><br>    Petitioner,<br><br>    v.<br><br>Kristi NOEM, Secretary, U.S. Department of Homeland Security, Pamela BONDI, U.S. Attorney General, Jason KNIGHT, Field Office Director of Enforcement and Removal Operations, Salt Lake City Field Office, John MATTOS, Warden of Nevada Southern Detention Center,<br><br>    Respondents. | Case No. 2:25-cv-02483-RFB-BNW<br><br>**Joint Proposed Briefing Schedule** |

       On December 23, 2025, the Court issued an order (ECF No. 12) directing the parties to submit a joint proposed briefing schedule for Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). In light of the response deadlines in other habeas corpus matters currently pending over the next two weeks by Counsel for the Federal Respondents, the parties propose the following briefing schedule:

- **February 2, 2026:** Respondents file their response to the Petition
- **February 23, 2026:** Petitioner files his reply

/ / /

Respectfully submitted this 13th day of January 2026.

| | |
|---|---|
| Law Office of Sylvia L. Esparza | TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| /s/ *Sylvia L. Esparza*<br>SYLVIA L. ESPARZA, ESQ. | /s/ *Summer A. Johnson*<br>SUMMER A. JOHNSON<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated: January 14, 2026.

_____
**United States District Judge**
**Richard F. Boulware, II**

2